IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMBER S, DANLEY,

        Plaintiff,

   vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civil Action 2:14-cv-1241
Chief Judge Sargus
Magistrate Judge King

## ORDER

On February 23, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. *Report and Recommendation*, ECF 15. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 15, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

3-23-2015
_____
Date

_____
Edmund A. Sargus, Jr.
Chief United States District Judge