AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**AMBER S. DANLEY,**

       **Plaintiff,**

                                      **JUDGMENT IN A CIVIL CASE**

**v.**

                                      **CASE NO.   2:14-CV-1241**

**COMMISSIONER OF**                **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**               **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendant.**

_____     **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

__X__     **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the ORDER filed March 23, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:   March 23, 2015                             RICHARD W. NAGEL, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk